UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

FILED
FEB 20 2025
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CAUSE NO. 2:25-cr-13 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | 18 U.S.C. § 922(a)(6) |
| LARISA STEPNEY | ) | 18 U.S.C. § 924(a)(1)(A) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNTS 1-5

On or about the following dates, in the Northern District of Indiana,

**LARISA STEPNEY,**

defendant herein, in connection with the acquisition of firearms from the following firearms dealers, who are licensed under the provisions of Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious statement to the following firearms dealers, which statement was intended and likely to deceive the following firearms dealers with respect to a fact material to the lawfulness of the sale of such firearms, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that:

1) her current state of residence and address was 25 Ironwood Ct,

1

Lafayette, Indiana, whereas in truth and in fact, she knew that her current address was not 25 Ironwood Ct, Lafayette, Indiana; and

2) she was the actual transferee/buyer of the firearm(s) listed on the form, whereas in truth and in fact she well knew that she was not the actual transferee/buyer of the firearm(s) listed on the form, and she was purchasing the firearms for another individual, all in violation of Title 18, United States Code, 922(a)(6).

| Count | Date | Firearms Dealer |
| --- | --- | --- |
| 1 | March 21, 2024 | FFL #1 |
| 2 | June 15, 2024 | FFL #1 |
| 3 | June 22, 2024 | FFL #1 |
| 4 | June 30, 2024 | FFL #2 |
| 5 | August 3, 2024 | FFL #3 |

## THE GRAND JURY FURTHER CHARGES:

### COUNTS 6-10

On or about the following dates, in the Northern District of Indiana,

**LARISA STEPNEY**,

defendant herein, knowingly made a false statement and representation to the following firearms dealers, who are licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of said firearms dealers, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that:

1) her current state of residence and address was 25 Ironwood Ct, Lafayette, Indiana, whereas in truth and in fact, she knew that her current address was not 25 Ironwood Ct., Lafayette, Indiana; and

2) she was the actual transferee/buyer of the firearm(s) listed on the form, whereas in truth and in fact, she well knew that she was not the actual transferee/buyer of the firearm(s) listed on the form, all violation of Title 18, United States Code, Section 924(a)(1)(A).

| Count | Date | Firearms Dealer |
|---|---|---|
| 6 | March 21, 2024 | FFL #1 |
| 7 | June 15, 2024 | FFL #1 |
| 8 | June 22, 2024 | FFL #1 |
| 9 | June 30, 2024 | FFL #2 |
| 10 | August 3, 2024 | FFL #3 |

A TRUE BILL:

*/s/ Foreperson*
FOREPERSON


TINA L. NOMMAY
ACTING UNITED STATES ATTORNEY


By: */s/ Michael J. Toth*
Michael J. Toth
Assistant United States Attorney

4